

*1023945209*

ΓJTY ΙΗΙ

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

JAN 13 2014

TIM RHODES
COURT CLERK

BO_____

# IN THE DISTRICT COURT OF OKLAHOMA COUNTY
## STATE OF OKLAHOMA

HAYES FAMILY TRUST, on Behalf of )
Itself and All Others Similarly Situated, )
CLAYTON A. HAYES, CHRISTOPHER D. )
HAYES, HOLLY D. ISCH, Individually and )
as Co-Trustees of the HAYES FAMILY TRUST )
    Plaintiffs, )
                   )     Case No.
v.                            )     **CJ-2014-211**
                           )
STATE FARM FIRE AND CASUALTY )     **JURY TRIAL DEMANDED**
COMPANY, )     **ATTORNEY'S LIEN CLAIMED**
    Defendant. )

## VERIFIED PETITION

COMES NOW, the Plaintiffs, by and through their attorney of record, Jason Waddell,

hereby, alleges and states as follows:

1.     Plaintiff's property at issue is located in Oklahoma County, Oklahoma.

2.     At all times pertinent hereto, Plaintiffs property was insured by State Farm Fire and

       Casualty Company (hereinafter: State Farm).

3.     State Farm, is a foreign corporation licensed in the State of Oklahoma to conduct

       insurance business, sell, handle, oversee and, in pertinent part, administer matters

       concerning insurance coverage, of the like alleged hereafter in this case.

4.     Plaintiff insured it's building (hereinafter: property), located at 6101 NW 2nd St.,

       Oklahoma City, Oklahoma 73127, with the Defendant via a Business Owner's policy in

       November of 2011. (Attached as Exhibit "A")

5.     By issuing its Business Owner's policy to Plaintiff, Defendant promised Plaintiff it would

       act in good faith on any claims made by it under the policy.

EXHIBIT
1

6. On or about May 31, 2013, Plaintiffs property and roof were damaged as a result of a covered cause or loss.

7. The above reference policy was in full force and effect at the time of the damage.

8. The policy provides coverage for damage to Plaintiffs property resulting from wind, hail and water damage.

9. It is believed that strong wind and hail struck the Plaintiff's roof causing significant damage to the roof and property.

10. Despite the Business Owner's policy being in full force and effect, Defendant has not made a good faith attempt to settle the loss.

11. Despite insuring Plaintiff's property, Defendant refuses to fully pay for the damage to Plaintiff's roof and property.

12. Plaintiff sought coverage for the damage to the roof and property, but Defendant would only pay for minimal repairs.

13. When Plaintiff again sought coverage for the damaged roof and property, Defendant retained an Engineer to inspect the property.

14. Despite Plaintiffs request for resolution of the original claim, Defendant refused to replace Plaintiff's roof and damaged property.

15. Plaintiff's property has been further damaged since the original loss.

16. Plaintiff's policy provides for an Appraisal if there is a disagreement on the value of the property or amount of loss.

17. Plaintiff inquired about the Appraisal clause in the policy and the claims adjuster knowingly misrepresented to the Plaintiff that he didn't have a right to appraisal.

18.  Plaintiff demanded the contractual appraisal process by letter dated November 25, 2013 sent by certified mail. (Attached as Exhibit "B").

19.  Defendant received the letter via certified mail on December 2, 2013. (Attached as Exhibit "C").

20.  Defendant has failed to appoint an appraiser within twenty days of receipt of the demand, as the contract and statutory language require.

21.  Defendant has ignored Plaintiff's written request for appraisal and has refused to respond to such demand.

22.  Defendants' failing to respond to Plaintiff's demand for appraisal is a breach of the contract between Plaintiff and Defendant.

23.  Defendant's denial of Plaintiff's request to invoke the appraisal clause is an act of bad faith.

24.  Defendant's lack of response to Plaintiff's reasonable contractual request for the Appraisal process is an act of bad faith.

25.  Plaintiff is entitled to have the claim adjusted in a prompt and reasonable manner, but Defendant has not performed its duty to reasonably evaluate the loss.

26.  In the time Plaintiff has waited for Defendant to properly cover and adjust the damage to Plaintiff's roof and property, Defendant has failed to abide by their contractual obligations.

27.  Defendant's actions were done in bad faith as Plaintiff had a contractual right to have Defendant provide coverage for a covered loss such as the one sustained to Plaintiff's roof and property.

28.  Defendant has unreasonably delayed the decision to provide coverage for Plaintiffs loss.

29.     Defendant unreasonably undervalued the coverage for the loss when there was damage to
        Plaintiff's roof and property as a result of a covered loss.

30.     Defendant unreasonably denied coverage for the loss when there was damage to
        Plaintiff's roof and property as a result of a covered loss.

31.     Defendant unreasonably delayed the decision to provide coverage for Plaintiffs loss.

32.     Defendant's decision to seek the opinion of a licensed professional engineer. months after
        the loss occurred, is an admission by Defendant that it never properly adjusted Plaintiffs
        loss.

33.     Defendant's initial investigation of Plaintiff's claim was negligent.

34.     Defendant failed to properly adjust the claim based on the findings of the licensed
        professional engineer.

35.     Defendant's negligent investigation of Plaintiff's claim was done in bad faith.

36.     Defendant's failure to properly adjust the claim based on the findings of the engineer is
        an act of bad faith.

37.     At the time of loss the Property was listed for availability as a leased property.

38.     Since the date of loss and resulting damage, Plaintiff has been unable to lease the
        property.

39.     Plaintiff has been unable to show the property to potential tenants based on the condition
        of the property.

40.     Plaintiff has turned down multiple attempts by his agent/broker to show the property.

41.     Plaintiff continues to pay the mortgage and insurance payments on the non-leasable
        property.

42.     Plaintiff has suffered lost rent profits based on Defendants failure to adequately repair the
damage to Plaintiff's property.

43.     Plaintiff has been damaged by Defendant's breach of the insurance policy and its bad
faith, and requests actual damages in excess of $75,000.

44.     Defendant's actions were oppressive, intentional, deliberate, willful, and malicious,
showing a reckless disregard of the rights of its insured. As a result, Plaintiff is entitled to
punitive damages without any monetary limitations as set forth in 23 O.S. § 9.1.

45.     As a consequence of Defendant's acts and conduct, the Plaintiff has been damaged and
suffered losses of consequential damages in excess of $10,000.00.

WHEREFORE, Plaintiff requests actual damages in excess of $75,000; punitive damages
in an amount to be determined by the jury in excess of $75,000, consequential damages
in excess of $10,000, attorneys fees, costs and all other relief to which Plaintiff is
entitled.

Respectfully Submitted,

Jason Waddell OBA #30761
Jason Waddell, PLLC
222 NW 13th St.
Oklahoma City, OK 73103
Telephone: 405-232-5291
Facsimile: 405-708-7871
Jason@JasonWaddellLaw.com
Attorney for Plaintiff

**JURY TRIAL DEMANDED**
**ATTORNEY'S LIEN CLAIMED**

## VERIFICATION

Clayton A. Hayes, of lawful age, states:

That he is the named Plaintiff in the above-styled case. He has read the above and foregoing Verified Petition and is familiar with the matters therein, and under penalty of perjury under the laws of the State of Oklahoma that the foregoing is true and correct to the best of my knowledge.

Clayton A. Hayes
Date: January 13, 2014
Place of Execution: Oklahoma City, Oklahoma



**STATE FARM FIRE AND CASUALTY COMPANY**
A STOCK COMPANY WITH HOME OFFICES IN BLOOMINGTON, ILLINOIS

12222 State Farm Boulevard
Tulsa, OK 74146-5402

S-26-1675-FC08 F U

1561  3123

**Named Insured**

HAYES, CLAYTON A II &
CHAD A & CHRISTOPHER D &
ISCH, HOLLY D; TRUSTEES OF
THE HAYES FAMILY TRUST
6101 NW 2ND ST
OKLAHOMA CITY OK  73127-6505

**DECLARATIONS**  COVERAGE SUMMARY  JUL 10 2013

| Policy Number | 96-BM-K570-0 |
|---|---|

| Policy Period | Effective Date | Expiration Date |
|---|---|---|
| 12 Months | NOV 28 2012 | NOV 28 2013 |

The policy period begins and ends at 12:01 am standard time at the premises location.
Time Out of Force from FEB 24 2013 to FEB 28 2013

**Agent and Mailing Address**
DUANE CORY
3925 N COLLEGE AVE
BETHANY OK  73008-3343

PHONE: (405) 789-5811
       (405) 789-5817

---

## Businessowners Policy

Automatic Renewal - If the policy period is shown as 12 months , this policy will be renewed automatically subject to the premiums, rules and forms in effect for each succeeding policy period. If this policy is terminated, we will give you and the Mortgagee/Lienholder written notice in compliance with the policy provisions or as required by law.

Entity: Corporation
Requested By:        Policyholder

Policy Premium              $   4,387.00

Discounts Applied:
  Years in Business
  Protective Devices
  Claim Record



PETITIONER'S
EXHIBIT
A

Prepared
JUL 10 2013
CMP-4000

014573 290   1
N

© Copyright, State Farm Mutual Automobile Insurance Company, 2008
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Continued on Reverse Side of Page

## DECLARATIONS (CONTINUED)

Businessowners Policy for HAYES, CLAYTON A II &
Policy Number        96-BM-K570-0

### SECTION I - PROPERTY SCHEDULE

| Location Number | Location of Described Premises | Limit of Insurance* Coverage A - Buildings | Limit of Insurance* Coverage B - Business Personal Property | Seasonal Increase- Business Personal Property |
|---|---|---|---|---|
| 001 | 6101 NW 2ND ST OKLAHOMA CITY OK 73127-6505 | $ 2,861,600 | No Coverage | N/A |

* As of the effective date of this policy, the Limit of Insurance as shown includes any increase in the  imit due to Inflation Coverage.

### SECTION I - INFLATION COVERAGE INDEX(ES)

Cov A - Inflation Coverage Index:        205.6
Cov B - Consumer Price Index:        N/A

### SECTION I - DEDUCTIBLES

**Basic Deductible**        $10,000

**Special Deductibles:**

Money and Securities        $250        Equipment Breakdown        $2,500

Other deductibles may apply - refer to policy.

Prepared
JUL 10 2013
CMP-4000
014673

© Copyright, State Farm Mutual Automobile Insurance Company, 2008
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Continued on Next Page



**DECLARATIONS (CONTINUED)**

Businessowners Policy for HAYES, CLAYTON A II &
Policy Number          96-BM-K570-0

## SECTION I - EXTENSIONS OF COVERAGE - LIMIT OF INSURANCE - EACH DESCRIBED PREMISES

The coverages and corresponding limits shown below apply separately to each described premises shown in these
Declarations, unless indicated by "See Schedule." If a coverage does not have a corresponding limit shown below,
but has "Included" indicated, please refer to that policy provision for an explanation of that coverage.

| COVERAGE | LIMIT OF INSURANCE |
|---|---|
| Accounts Receivable | |
| On Premises | $10,000 |
| Off Premises | $5,000 |
| Arson Reward | $5,000 |
| Collapse | Included |
| Damage To Non-Owned Buildings From Theft, Burglary Or Robbery | Coverage B Limit |
| Debris Removal | 25% of covered loss |
| Equipment Breakdown | Included |
| Fire Department Service Charge | $2,500 |
| Fire Extinguisher Systems Recharge Expense | $5,000 |
| Forgery Or Alteration | $10,000 |
| Glass Expenses | Included |
| Increased Cost Of Construction And Demolition Costs (applies only when buildings are insured on a replacement cost basis) | 10% |
| Money And Securities (Off Premises) | $2,000 |
| Money And Securities (On Premises) | $5,000 |
| Money Orders And Counterfeit Money | $1,000 |
| Newly Acquired Business Personal Property (applies only if this policy provides Coverage B - Business Personal Property) | $100,000 |
| Newly Acquired Or Constructed Buildings (applies only if this policy provides Coverage A - Buildings) | $250,000 |

Prepared
JUL 10 2013
CMP-4000

© Copyright, State Farm Mutual Automobile Insurance Company, 2008
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

014874 290
N

Continued on Reverse Side of Page

## DECLARATIONS (CONTINUED)

**Businessowners Policy for HAYES, CLAYTON A II &**
**Policy Number       98-BM-K570-0**

| | |
|---|---|
| Ordinance Or Law - Equipment Coverage | included |
| Outdoor Property | $5,000 |
| Personal Effects (applies only to those premises provided Coverage B - Business Personal Property) | $2,500 |
| Personal Property Off Premises | $15,000 |
| Pollutant Clean Up And Removal | $10,000 |
| Preservation Of Property | 30 Days |
| Property Of Others (applies only to those premises provided Coverage B - Business Personal Property) | $2,500 |
| Signs | $2,500 |
| Valuable Papers And Records<br>   On Premises<br>   Off Premises | $10,000<br>$5,000 |
| Water Damage, Other Liquids, Powder Or Molten Material Damage | included |

## SECTION I - EXTENSIONS OF COVERAGE - LIMIT OF INSURANCE - PER POLICY

The coverages and corresponding limits shown below are the most we will pay regardless of the number of described premises shown in these Declarations.

| COVERAGE | LIMIT OF INSURANCE |
|---|---|
| Loss Of Income And Extra Expense | Actual Loss Sustained - 12 Months |

## SECTION II - LIABILITY

| COVERAGE | LIMIT OF INSURANCE |
|---|---|
| Coverage L - Business Liability | $1,000,000 |

Prepared
JUL 10 2013
CMP-4000

014574

© Copyright, State Farm Mutual Automobile Insurance Company, 2008
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Continued on Next Page                    Page  4 of  6


State Farm

## DECLARATIONS (CONTINUED)

Businessowners Policy for HAYES, CLAYTON A II &
Policy Number        96-BM-K570-0

| | |
|---|---|
| Coverage M - Medical Expenses (Any One Person) | $5,000 |
| Damage To Premises Rented To You | $300,000 |

| AGGREGATE LIMITS | LIMIT OF INSURANCE |
|---|---|
| Products/Completed Operations Aggregate | $2,000,000 |
| General Aggregate | $2,000,000 |

Each paid claim for Liability Coverage reduces the amount of insurance we provide during the applicable annual period. Please refer to Section II - Liability in the Coverage Form and any attached endorsements.

Your policy consists of these Declarations, the BUSINESSOWNERS COVERAGE FORM shown below, and any other forms and endorsements that apply, including those shown below as well as those issued subsequent to the issuance of this policy.

## FORMS AND ENDORSEMENTS

| | |
|---|---|
| CMP-4100 | Businessowners Coverage Form |
| CMP-4705 | Loss of Income & Extra Expnse |
| CMP-4236 | Amendatory Endorsement |
| CMP-4709 | Money and Securities |
| FE-6999.1 | Terrorism Insurance Cov Notice |
| FD-6007 | Inland Marine Attach Dec |

## SCHEDULE OF ADDITIONAL INTERESTS

Interest Type:    Mortgagee
Endorsement #:  N/A
Loan Number:    N/A

WEOKIE CREDIT UNION
ITS SUCCESSORS AND/OR ASSIGNS
PO BOX 26090
OKLAHOMA CITY OK  73126-0090

Prepared
JUL 10 2013
CMP-4000

© Copyright, State Farm Mutual Automobile Insurance Company, 2008
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

014875 290
N

Continued on Reverse Side of Page

## DECLARATIONS (CONTINUED)

**Businessowners Policy for HAYES, CLAYTON A II &**
**Policy Number        96-BM-K570-0**

This policy is issued by the State Farm Fire and Casualty Company.

### Participating Policy

You are entitled to participate in a distribution of the earnings of the company as determined by our Board of Directors in accordance with the Company's Articles of Incorporation, as amended.

In Witness Whereof, the State Farm Fire and Casualty Company has caused this policy to be signed by its President and Secretary at Bloomington, Illinois.

*Lynne M. Yaxell*
Secretary

*Edward B. Rust Jr.*
President

**Note:** *For your protection, the law of your state requires the following to appear on this form: WARNI*  .
**Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.**

Prepared
JUL 10 2013
CMP-4000

014676 290
N

© Copyright, State Farm Mutual Automobile Insurance Company, 2008
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page  6 of 6



STATE FARM FIRE AND CASUALTY COMPANY
· A STOCK COMPANY WITH HOME OFFICES IN BLOOMINGTON, ILLINOIS

12222 State Farm Boulevard
Tulsa, OK 74146-5402

**INLAND MARINE ATTACHING DECLARATIONS**

| Policy Number | 96-BM-K570-0 | |
|---|---|---|
| Policy Period 12 Months | Effective Date NOV 28 2012 | Expiration Date NOV 28 2013 |

The policy period begins and ends at 12:01 am standard time at the premises location.

S-26-1675-FC08 F U

**Named Insured**

HAYES, CLAYTON A II &
CHAD A & CHRISTOPHER D &
ISCH, HOLLY D; TRUSTEES OF
THE HAYES FAMILY TRUST
6101 NW 2ND ST
OKLAHOMA CITY OK   73127-6505

## ATTACHING INLAND MARINE

Automatic Renewal - If the policy period is shown as 12 months, this policy will be renewed automatically subject to the premiums, rules and forms in effect for each succeeding policy period. If this policy is terminated, we will give you and the Mortgagee/Lienholder written notice in compliance with the policy provisions or as required by law.

Annual Policy Premium          Included

The above Premium Amount is included in the Policy Premium shown on the Declarations.

Your policy consists of these Declarations, the INLAND MARINE CONDITIONS shown below, and any other forms and endorsements that apply, including those shown below as well as those issued subsequent to the issuance of this policy.

**Forms, Options, and Endorsements**

| | |
|---|---|
| FE-8743 | Inland Marine Computer Prop |
| FE-8739 | Inland Marine Conditions |
| FE-8256 | Amendatory Endorsement |

See Reverse for Schedule Page with Limits

Prepared
JUL 10 2013
FD-6007

014676

© Copyright, State Farm Mutual Automobile Insurance Company, 2008
Includes copyrighted material of Insurance Services Office, Inc., with its permission

96-BM-K570-0

# ATTACHING INLAND MARINE SCHEDULE PAGE

**ATTACHING INLAND MARINE**

| ENDORSEMENT NUMBER | COVERAGE | LIMIT OF INSURANCE | DEDUCTIBLE AMOUNT | ANNUAL PREMIUM |
|---|---|---|---|---|
| FE-8743 | Inland Marine Computer Prop | $ 25,000 | $ 500 | Included |
| | Loss of Income and Extra Expense | $ 25,000 | | Included |

OTHER LIMITS AND EXCLUSIONS MAY APPLY - REFER TO YOUR POLICY

© Copyright, State Farm Mutual Automobile Insurance Company, 2008
Includes copyrighted material of Insurance Services Office, Inc., with its permission

Prepared
JUL 10 2013
FD-6007

014676

State Farm · 96-BM-K570-0    014685

FE-8256
Page 1 of 1

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

 **FE-8256 AMENDATORY ENDORSEMENT (Oklahoma)**

1. Paragraph 6. Appraisal is replaced by the following:

   **6. Appraisal**

   If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss.   In this event, only the party which demanded the appraisal will be bound to the results of that appraisal.

   Each party will select a competent and impartial appraiser and notify the other of the selected appraiser's identity within 20 days after receipt of the written demand for an appraisal. The two appraisers will select an umpire. If the appraisers cannot agree upon an umpire within 15 days, then, at the request of either you or us, and after notice of hearing to the non-requesting party by certified mail, selection of the umpire will be made by a judge of a district court in the county where the loss occurred.

   The appraisers will state separately the value of the property and amount of loss. If the appraisers submit a written report of agreement to us, the amounts agreed upon will be the value of the property and the amount of loss and will be binding on the party which demanded the appraisal.

   If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding on the party which demanded the appraisal.

   Each party will:

   a. Pay its chosen appraiser; and

   b. Bear the other expenses of the appraisal and umpire equally.

   If there is an appraisal, we will still retain our right to deny the claim.

2. Paragraph 14. Concealment, Misrepresentation Or Fraud is replaced by the following:

   **14. Concealment, Misrepresentation Or Fraud**

   This policy is voidable by us in any case of fraud by you as it relates to this policy at any time. It is also voidable by us if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

   a. This policy;

   b. The covered property;

   c. Your interest in the covered property; or

   d. A claim under this policy.

   All other policy provisions apply.

FE-8256

©, Copyright State Farm Mutual Automobile Insurance Company, 2009
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

November 25, 2013

Hayes Vending Co Inc
6101 NW 2ⁿᵈ St.
Oklahoma City, OK 73127-6505

State Farm Claims
P.O. Box 2323
Bloomington, IL 61702-2323

Re: Claim #: 36-22J3-702

To Whom It May Concern:

I am not in agreement with the amount of the loss. I demand an appraisal on my above referenced claim.

I select Scott Jones with S. L. Jones and Associates as my appraiser. Please name your appraiser in a timely manner. Your appraiser can contact Scott Jones at 405-388-4269.

Sincerely,

Arthur Hayes
Hayes Vending Co Inc.

PETITIONER'S
EXHIBIT
B

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

State Farm Claims
P.O. Box 2323
Bloomington, IL 61702

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

I. Riley   12-2-13

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7011 1570 0002 9983 9837

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

UNITED STATES POSTAL SERVICE      CHAMPAIGN IL 618
02 DEC 2013 PM 1

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Hayes Vending Co. Inc
6101 NW 2nd St.
OKC, OK 73127-6505



PETITIONER'S EXHIBIT
C