IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HAYES FAMILY TRUST, on Behalf of Itself and All Others Similarly Situated; CLAYTON A. HAYES II, Individually and as Trustee; CHAD A. HAYES, Individually, <br><br>Plaintiffs, <br><br>v. <br><br>STATE FARM FIRE AND CASUALTY COMPANY, a corporation, <br><br>Defendant. | Case No. CIV-14-0106-C |

## **MEMORANDUM OPINION AND ORDER**

Plaintiffs seek reconsideration of the Court's Order granting Defendant summary judgment. Plaintiffs' Motion raises no issue of fact or law not considered and rejected by the Court in reaching its earlier conclusion. Accordingly, Plaintiff's Motion to Reconsider (Dkt. No. 64) is DENIED.

IT IS SO ORDERED this 1st day of September, 2015.

ROBIN J. CAUTHRON
United States District Judge