IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HAYES FAMILY TRUST, on Behalf of Itself and All Others Similarly Situated CLAYTON A. HAYES, CHRISTOPHER D. HAYES, HOLLY D. HAYES, Individually and as Co-Trustees of the HAYES FAMILY TRUST,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a corporation,<br><br>　　　　　　Defendant. | Case No. CIV-14-0106-C |

## J U D G M E N T

Upon consideration of the pleadings herein, the Court finds that Defendant is entitled to Judgment. Judgment is therefore entered on behalf of Defendant and against Plaintiffs.

DATED this 9th day of November, 2015.

_____
ROBIN J. CAUTHRON
United States District Judge