# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HAYES FAMILY TRUST, on Behalf of Itself and All Others Similarly Situated, CLAYTON A. HAYES II, Individually and as Trustee, CHAD A. HAYES, Individually,<br>    Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br>    Defendant. | Case No. 5:14-CV-106-C<br><br>The Honorable Robin J. Cauthron |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, in the above named case, hereby appeal to the United States Court of Appeals for the Tenth Circuit from the Judgment (Document No. 83, November 9, 2015) granting Defendant judgment.

Date: December 8, 2015

                                              Respectfully Submitted,

                                               /s/ Jason Waddell_____
                                              Jason Waddell OBA #30761
                                              Jason Waddell, PLLC
                                              222 NW 13th St.
                                              Oklahoma City, OK 73103
                                              Telephone: 405-232-5291
                                              Facsimile: 405-708-7871
                                              Jason@JasonWaddellLaw.com
                                              Attorney for Petitioner

## CERTIFICATE OF SERVICE

      I hereby certify that on the 8th day of November 2015, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

David V. Jones
Benjamin G. Kemble
Jones, Andrews & Ortiz, P.C.
21 E. Main St., Suite 101
Oklahoma City, OK 73104

                                       /s/Jason Waddell_____
                                       Jason Waddell