# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker      May 25, 2017     Chris Wolpert
Clerk of Court                                                               Chief Deputy Clerk

Ms. Carmelita Reeder Shinn
United States District Court for the Western District of Oklahoma
Office of the Clerk
200 NW 4th Street
Oklahoma City, OK 73102

**RE:**     **15-6231, Hayes Family Trust, et al v. State Farm Fire & Casualty**
Dist/Ag docket: 5:14-CV-00106-C

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:     Daniel C. Andrews
       David V. Jones
       Benjamin G. Kemble
       Jason Waddell

EAS/klp